**Affirmed and Memorandum Opinion filed April 16, 2020.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00364-CR

_____

**ANTONIO JAMAL NEGRON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 403rd District Court
Travis County, Texas
Trial Court Cause No. D-1-DC-18-301189**

## MEMORANDUM  OPINION

Appellant appeals his convictions for continuous sexual abuse of a child and indecency with a child by sexual contact. Appellant's appointed counsel filed a brief in which he concludes the appeal is wholly frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967), by presenting a professional evaluation of the record and demonstrating why there are no arguable grounds to be advanced. *See High v. State*, 573 S.W.2d 807, 811–13 (Tex. Crim. App. 1978).

A copy of counsel's brief was delivered to appellant. Appellant was advised of the right to examine the appellate record and file a pro se response. *See Stafford v. State*, 813 S.W.2d 503, 512 (Tex. Crim. App. 1991). Appellant filed a pro se response.

We have carefully reviewed the record and counsel's brief and agree the appeal is wholly frivolous and without merit. Further, we find no reversible error in the record. We are not to address the merits of each claim raised in an *Anders* brief or a pro se response when we have determined there are no arguable grounds for review. *See Bledsoe v. State*, 178 S.W.3d 824, 827–28 (Tex. Crim. App. 2005).

Accordingly, the judgment of the trial court is affirmed.

PER CURIAM

Panel consists of Justices Christopher, Wise and Zimmerer.
Do Not Publish — Tex. R. App. P. 47.2(b).